1  ANN K. JOHNSTON (SBN 145022)
   ajohnston@jo-sm.com
2  TED A. SMITH (SBN 159986)
   tsmith@jo-sm.com
3  JOHNSTON | SMITH, ALC
   300 Tamal Plaza, Suite 215
4  Corte Madera, CA 94925
   Tel: (415) 891-3321 • Fax: (415) 891-3322
5
6  Attorneys for Defendant
   PROPERTY AND CASUALTY INSURANCE
7  COMPANY OF HARTFORD

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| COLLEEN STEWART, | CASE NO. 2:17-CV-02418-TLN-KJN |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE THE FACT DISCOVERY CUTOFF** |
| PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD, | DATE ACTION FILED: 10/12/2017<br>TRIAL DATE: None |
| Defendants. | |

1. Pursuant to Eastern District of California L.R. 143 and L.R. 144, Plaintiff and Defendant hereby stipulate to continue the fact discovery cutoff from October 1, 2018 to November 9, 2018.

2. The parties have been in discussions to schedule depositions in this matter. In order to accommodate the scheduling the parties agree to an approximate one-month continuance of the fact discovery cutoff.

3. No other continuances have been requested.

4. The parties have worked diligently to schedule the depositions of third party witnesses. However, due to issues surrounding the availability of witnesses and the pre-scheduled wedding and honeymoon of plaintiff's counsel, the parties

JOHNSTON | SMITH
*A Law Corporation*
300 Tamal Plaza, Suite 215
Corte Madera, CA 94925

1 respectfully request a brief extension of a little over one month for the discovery
2 cut-off period.

3     5.    No other dates will be affected by continuing the fact discovery cutoff
4 from October 1, 2018 to November 9, 2018.

5     6.    Good cause exists for extending the fact discovery deadline by a little
6 over one month to accommodate the scheduling of depositions because plaintiff's
7 counsel's schedule does not permit all depositions and discovery to be completed
8 by October 1, 2018.

10 DATED: July 19, 2018          NOSSAMAN LLP

12 By: /s/ *James H. Vorhis*
    (as authorized on July 19, 2018)
    James H. Vorhis
Attorneys for Plaintiff
Colleen Stewart

15 DATED: July 19, 2018          JOHNSTON | SMITH, ALC

17 By: /s/*Ann K. Johnston*
    Ann K. Johnston
Attorneys for Defendant
Property and Casualty Insurance
Company of Hartford

22 **IT IS SO ORDERED.**

24 DATED: August 10, 2018

_____
Troy L. Nunley
United States District Judge

Stipulation and Order          Case No. 2:17-CV-02418-TLN-KJN
to Continue Discovery Cutoff