ANN K. JOHNSTON (SBN 145022)
ajohnston@jo-sm.com
TED A. SMITH (SBN 159986)
tsmith@jo-sm.com
JOHNSTON | SMITH
A Law Corporation
300 Tamal Plaza, Suite 215
Corte Madera, CA 94925
Tel: (415) 891-3321 • Fax: (415) 891-3322

Attorneys for Defendant
PROPERTY AND CASUALTY INSURANCE
COMPANY OF HARTFORD

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN STEWART, <br><br> Plaintiff, <br><br> vs. <br><br> PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD, <br><br> Defendants. | CASE NO. 2:17-CV-02418-TLN-KJN <br><br> **STIPULATION AND ORDER RE BIFURCATION OF TRIAL OF *BRANDT* FEE ISSUE** <br><br> DATE ACTION FILED: 10/12/2017 <br> TRIAL DATE:  None |

IT IS HEREBY STIPULATED AND AGREED by and between and among Plaintiff Colleen Stewart and Defendant Property and Casualty Insurance Company of Hartford referred to collectively as "the parties," by and through their respective attorneys of record, as follows:

Pursuant to the suggestion of the California Supreme Court in *Brandt v. Superior Court* (1985) 37 Cal.3d 813, 819-820, the parties agree that they will bifurcate the issue of attorney's fees incurred in pursuit of policy benefits, i.e. "Brandt fees" to be tried to the court following any determination by a jury of a breach of the implied covenant of good faith and fair dealing by Defendant in the handling of Plaintiff's claim.

1

Stipulation & Order re Bifurcation of Trial           Case No. 2:17-cv-02418-TLN-KJN
of *Brandt* Fee Issue

Following a finding by the jury of a breach of the implied covenant of good faith and fair dealing, Plaintiff shall have ten days after a verdict has been rendered to produce to Defendant any and all attorney fee agreements and attorney fee arrangements between Plaintiff and any law firm or attorney relating to pursuit of policy benefits in the subject action, and attorney bills and documents regarding attorney's fees relating to the pursuit of policy benefits in the subject action. Within 20 days of production of this documentation, Defendant may perform discovery regarding attorney's fees, including deposing Plaintiff's counsel regarding any fees claimed by Plaintiff in the present action. Within 20 days following the completion of any depositions of Plaintiff's counsel regarding any fees claimed by Plaintiff in the present action, or at the court's earliest convenience, whichever is later, the *Brandt* fee issue will be tried to the court in a separate bifurcated proceeding.

The parties agree that there will be no reference to attorney's fees during the jury trial of this matter.

DATED: September 4, 2018　　　　NOSSAMAN LLP

By: /s/ *James H. Vorhis*
 As authorized on 9/4/18
 James H. Vorhis
Attorneys for Plaintiff
Colleen Stewart

DATED: September 4, 2018　　　　JOHNSTON | SMITH

By: s/ *Ann K. Johnston*
 Ann K. Johnston
Attorneys for Defendant
Property and Casualty Insurance
Company of Hartford

///
///
///

Stipulation & Order re Bifurcation of Trial　　　　Case No. 2:17-cv-02418-TLN-KJN
of *Brandt* Fee Issue

**IT IS SO ORDERED.**

Dated: September 10, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge