ANN K. JOHNSTON (SBN 145022)
ajohnston@jo-sm.com
TED A. SMITH (SBN 159986)
tsmith@jo-sm.com
JOHNSTON | SMITH, ALC
300 Tamal Plaza, Suite 215
Corte Madera, CA 94925
Tel: (415) 891-3321 • Fax: (415) 891-3322

Attorneys for Defendant
PROPERTY AND CASUALTY INSURANCE
COMPANY OF HARTFORD

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| COLLEEN STEWART, | CASE NO. 2:17-CV-02418-TLN-KJN |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE THE FACT DISCOVERY CUTOFF** |
| PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD, | DATE ACTION FILED: 10/12/2017<br>TRIAL DATE: None |
| Defendants. | |

1. Pursuant to Eastern District of California L.R. 143 and L.R. 144, Plaintiff and Defendant hereby stipulate to continue the fact discovery cutoff from November 9, 2018 to December 10, 2018.

2. Plaintiff Colleen Stewart's deposition was taken on July 24, 2018, but not completed. A property inspection also took place on that date but was not completed. The parties ultimately agreed to schedule the completion of the deposition and the property inspection for October 10th.

3. However, Ms. Stewart was hospitalized with chest pains in late September 2018. Due to her health issues her deposition has not been completed. Defendant has asked for completion of the property inspection but has been

1

1 informed that Plaintiff must be present to access the premises. In order to
2 accommodate the scheduling of the above matters the parties agree to an
3 approximate one-month continuance of the fact discovery cutoff.

4     4.     The parties further stipulate that the deadline to designate expert
5 witnesses be continued from December 7, 2018 to January 7, 2019, and the
6 deadline to supplement expert witness designation be continued from December
7 27, 2018 to January 28, 2019.

8     5.     One other continuance was requested and granted, but prior to Ms.
9 Stewart's health issues.

10     6.     No other dates will be affected by continuing the fact discovery cutoff
11 and expert designation cutoffs.

12     7.     Good cause exists for extending the fact discovery deadline to
13 December 10, 2018, to accommodate the scheduling of Plaintiff's continued
14 deposition when her health permits, and for extending the expert designation to
15 January 7, 2019, and supplemental expert designation to January 28, 2019.

16

17 DATED: October 23, 2018         NOSSAMAN LLP

18
19                                           By: /s/ *James H. Vorhis*
                                              (as authorized on October 23, 2018)
20                                                     James H. Vorhis
                                                    Attorneys for Plaintiff
                                                    Colleen Stewart
21

22 DATED: October 23, 2018         JOHNSTON | SMITH, ALC

23
24                                               By: /s/*Ann K. Johnston*
                                                    Ann K. Johnston
25                                                     Attorneys for Defendant
                                                    Property and Casualty Insurance
                                                    Company of Hartford
26

27 ///
28 ///

JOHNSTON | SMITH
*A Law Corporation*
300 Tamal Plaza, Suite 215
Corte Madera, CA 94925

**IT IS SO ORDERED.**

Dated: October 24, 2018

_____
Troy L. Nunley
United States District Judge