UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN STEWART, | No. 2:17-cv-02418-TLN-KJN |
| Plaintiff, | |
| v. | ORDER |
| PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD, | |
| Defendant. | |

An informal telephonic discovery conference was held on November 6, 2018, at 3:30 p.m., before the undersigned. Appearing telephonically were James Vorhis on behalf of plaintiff and Ann Johnston on behalf of defendant. After considering the parties' joint letter brief (ECF No. 16) and oral arguments during the conference, IT IS HEREBY ORDERED that:

1. A continued inspection of plaintiff's home shall occur on December 7, 2018, at 12:30 p.m.[1]

IT IS SO ORDERED.

Dated: November 7, 2018

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Absent a stay of litigation of an agreement of the parties, the inspection will go forward as ordered whether or not plaintiff is personally able to attend.