UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN STEWART,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD,<br><br>　　　　Defendant. | No. 2:17-cv-02418-TLN-KJN<br><br><br><br>ORDER |

An informal telephonic discovery conference was held on November 6, 2018 at 3:30 p.m., before the undersigned, who subsequently reviewed this matter and concluded that the parties would benefit from a settlement conference.

According, IT IS HEREBY ORDERED that:

1. Within seven days of this order, the parties shall indicate whether they are amenable to having the settlement conference conducted before the undersigned. If amenable, the parties shall each submit a completed Notice of Waiver of Disqualification of Settlement Judge Pursuant to Local Rule 270(b), which can be found among the Eastern District's civil forms on the court's website. See http://www.caed.uscourts.gov/caednew/index.cfm/forms/civil/

2. The parties are under no obligation to waive any disqualification by virtue of the

assigned magistrate judge acting as the settlement judge.  If the parties do not waive any disqualification, then another judge will be assigned to this matter as a settlement judge.

3. If the parties decide to proceed with a settlement conference before the undersigned, then they shall meet and confer to determine their preferred dates, and then contact the undersigned's courtroom deputy, Alexandra Waldrop at (916) 930-4187 or awaldrop@caed.uscourts.gov to schedule a settlement conference date before the undersigned.

IT IS SO ORDERED.

Dated: November 7, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE