NOSSAMAN LLP
JAMES H. VORHIS (SBN 245034)
jvorhis@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:   415.398.3600
Facsimile:   415.398.2438

Attorneys for Plaintiff COLLEEN STEWART

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN STEWART,<br><br>     Plaintiff,<br><br>     vs.<br><br>PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD,<br><br>     Defendant. | Case No: 2:17-cv-02418-TLN-KJN<br><br>**STIPULATION AND ORDER TO CONTINUE THE FACT DISCOVERY CUTOFF**<br><br>Date Action Filed: October 12, 2017<br>Date Action Removed: November 16, 2017 |

1. Pursuant to Eastern District of California L.R. 143 and L.R. 144, Plaintiff and Defendant hereby stipulate to continue the fact discovery cutoff from December 10, 2018 to February 8, 2019.

2. Plaintiff Colleen Stewart's initial deposition session was taken on July 24, 2018, but not completed. A property inspection also took place on that date but was not completed. The parties ultimately agreed to schedule the completion of the deposition and the property inspection for October 10th.

3. However, Ms. Stewart was hospitalized with chest pains in late September 2018. Due to her health issues her deposition has not been completed. Defendant asked for completion of the property inspection but was informed that Plaintiff would like to be present to access the premises. In order to accommodate the scheduling of the above matters the parties agreed to an approximate one-month continuance of the fact discovery cutoff. This Court granted the extension, extending the discovery deadline to December 10, 2018.

4. Subsequent to that extension, the parties attempted to negotiate a date for the property inspection, but were unable to reach a resolution. The parties engaged in a meet-and-confer process, and ultimately participated in a hearing with the Honorable Kendall J. Newman, United States Magistrate Judge. See ECF No. 17. Judge Newman ordered that Defendant shall be able to complete the property inspection on December 7, 2018. ECF No. 18.

5. However, during the conference, Judge Newman also noted that the parties might benefit from participating in a settlement conference. ECF No. 19. Counsel for the parties are currently confirming availability for their clients for a settlement conference, which they believe will occur in December 2018. The parties believe good cause exists to continue the existing discovery dates for the purpose of engaging in settlement discussions with Judge Newman, and respectfully request this Court to grant the request to permit them to engage in negotiations.

6. Accordingly, the parties further stipulate that the discovery cut-off be moved to February 8, 2019. The parties also agree that the deadline to designate expert witnesses be continued from January 7, 2019 to March 8, 2019, the deadline to supplement expert witness designation be continued from January 28, 2019 to March 29, 2019, and the deadline for hearing

1  dispositive motions be continued from April 18, 2019 to May 16, 2019.  This extension will also
2  have the beneficial effect of permitting Ms. Stewart to attend to her personal health issues.
3     7.   Two other continuances have been requested and granted, one related to Ms.
4  Stewart's health issues.
5     8.   No other dates will be affected by continuing the fact discovery cutoff and expert
6  designation cutoffs.
7     9.   Good cause exists for extending the fact discovery deadline to February 8, 2019,
8  2018, to accommodate settlement negotiations and the scheduling of Plaintiff's continued
9  deposition when her health permits, for extending the expert designation to March 8, 2019,
10 supplemental expert designation to March 29, 2019, and the deadline for hearing dispositive
11 motions be set for May 16, 2019.

Date:   November 12, 2018

NOSSAMAN LLP
JAMES H. VORHIS

By: /s/ James H. Vorhis
    James H. Vorhis

Attorneys for Plaintiff COLLEEN STEWART

Date:   November 12, 2018

JOHNSTON | SMITH, ALC
ANN K. JOHNSTON

By: /s/ Ann K. Johnston
    (as authorized on November 12, 2018)
    Ann K. Johnston

Attorneys for Defendant PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD

**IT IS SO ORDERED.**

Dated: November 14, 2018

_____
Troy L. Nunley
United States District Judge