NOSSAMAN LLP
JAMES H. VORHIS (SBN 245034)
jvorhis@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:    415.398.3600
Facsimile:    415.398.2438

Attorneys for Plaintiff COLLEEN STEWART

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN STEWART,<br><br>             Plaintiff,<br><br>      vs.<br><br>PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD,<br><br>             Defendant. | Case No: 2:17-cv-02418-TLN-KJN<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS**<br><br>Date Action Filed: October 12, 2017 |

STIPULATION AND ORDER TO STAY PROCEEDINGS

1.      Pursuant to Eastern District of California L.R. 143 and L.R. 144, Plaintiff and Defendant hereby stipulate to continue the fact discovery cutoff and other case deadlines as outlined below.

2.      At the outset of this case, the Court set a number of discovery and pretrial deadlines.  See, ECF No. 7.  During the course of this action, the parties stipulated to extend the discovery deadline multiple times, including extensions provided to address Ms. Stewart's significant health problems.  ECF Nos. 13, 23.

3.      Despite those stipulations the parties have engaged in significant discovery.  Ms. Stewart participated in her deposition on July 24, 2018, which is currently scheduled to be completed on January 15, 2019.  Two property inspections have occurred on July 24 and December 7, 2018.  The parties have also engaged in significant written discovery, including requests for production of documents and written interrogatories.

4.      However, Ms. Stewart continues to suffer from significant health problems.  She has had major dental surgery that impacted her mental acuity and required her to take significant medication.  Over the last few months, Ms. Stewart has also suffered heart issues that have required the involvement of medical personnel and multiple rounds of subsequent cardiac tests.  Ms. Stewart has also recently learned that she has skin cancer, and has been undergoing regular treatments.  She suffers from a racing heart, anxiety and a lack of sleep.  She does not want to delay this case, but needs to address these very serious health issues that impact her ability to participate in discovery.

5.      On December 14, 2018, the Court entered an order granting a Stipulation filed by the parties to reschedule dates and deadlines in the litigation.  ECF No. 23.  Good cause exists to impose a stay of those deadlines for a short period of 3-to-4 months to let Ms. Stewart address her health concerns.  The following chart lists the current deadlines, and the proposed new deadlines:

| **Event** | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Stay Lifts | | April 15, 2019 |

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Plaintiff's Deposition | January 15, 2019 | April 30, 2019 (in Sacramento) |
| Discovery Cut-Off | February 8, 2019 | June 17, 2019 |
| Settlement Conference | February 12, 2019 | Same |
| Expert Witness Deadline | March 8, 2019 | July 12, 2019 |
| Supplemental Expert Deadline | March 29, 2019 | August 2, 2019 |
| Dispositive Motion Deadline | May 16, 2019 | September 13, 2019 |

6.      The parties agree that as part of this stipulation, they may still serve document subpoenas on third parties, but will not participate in depositions or written discovery between the parties until the stay has lifted.

7.      Plaintiff does not and will not claim her health problems that form the basis for this stipulation and order have anything to do with Hartford or her insurance claims, nor does she seek damages from Hartford for such health problems.

8.      Plaintiff acknowledges that she proposed the present stipulation and order and that Hartford was otherwise ready and able to proceed.

9.      Plaintiff further agrees that no damages or interest, if any, shall accrue or be claimed by Plaintiff for the period between January 1, 2019 and the date the stay is lifted, including but not limited to any claims for additional living expenses, and claims relating to delay in adjusting Plaintiff's claim or remediating alleged contamination at Plaintiff's residence. With respect to any delay claims, Plaintiff agrees to a jury instruction (if Hartford elects to offer such an instruction) directing the jury to except the stay period from consideration of any delay allegations, and expressly acknowledges that any alleged delay during this period is not attributable to Hartford.  Such instruction will be drafted by Hartford's counsel.

1    10.    The parties also propose to maintain on calendar the date of the settlement

2    conference scheduled for February 12, 2019.

3    11.    Two other continuances have been requested and granted, one of which related to

4    Ms. Stewart's health issues.

5    12.    Good cause exists for granting this stay and extending the above deadlines to

6    accommodate settlement negotiations and the scheduling of Plaintiff's continued deposition and

7    additional discovery when her health permits.

8    Date:    January 8, 2019                    NOSSAMAN LLP
                                                 JAMES H. VORHIS
9
                                                 By: /s/ James H. Vorhis
10                                                    James H. Vorhis

11                                               Attorneys for Plaintiff COLLEEN STEWART

12   Date:    January 8, 2019                    JOHNSTON | SMITH, ALC
                                                 ANN K. JOHNSTON
13
                                                 By: /s/ Ann K. Johnston
14                                                   (as authorized on January 4, 2019)
                                                     Ann K. Johnston
15
                                                 Attorneys for Defendant PROPERTY AND
16                                               CASUALTY INSURANCE COMPANY OF
                                                 HARTFORD
17

18

19                                    **ORDER**

20       The Pretrial Scheduling Order is hereby MODIFIED as follows**:**

21

22   | Discovery Cut-Off | June 17, 2019 |
     | --- | --- |
23   | Settlement Conference | February 12, 2019 at 9:00 AM before Magistrate Judge Kendal J. Newman **(Same)** |
24   | Expert Witness Deadline | July 12, 2019 |
25   | Supplemental Expert Deadline | August 2, 2019 |
26   | Dispositive Motion Deadline | **September 19, 2019** |
27

28

Dated: January 9, 2019

Troy L. Nunley
United States District Judge