| | |
|---|---|
| 1<br>2<br>3<br>4 | NOSSAMAN LLP<br>JAMES H. VORHIS (SBN 245034)<br>jvorhis@nossaman.com<br>50 California Street, 34th Floor<br>San Francisco, CA 94111<br>Telephone: 415.398.3600<br>Facsimile: 415.398.2438 |
| 5 | Attorneys for Plaintiff COLLEEN STEWART |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN STEWART,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD,<br><br>　　　　　Defendant. | Case No: 2:17-cv-02418-TLN-KJN<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Date Action Filed: October 12, 2017 |

Case No. 2:17-cv-02418-TLN-KJN

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE

56856785.v1

1. Pursuant to Eastern District of California L.R. 143, Plaintiff and Defendant hereby stipulate to continue the settlement conference currently scheduled for February 12, 2019.

2. At the outset of this case, the Court set a number of discovery and pretrial deadlines. See, ECF No. 7. During the course of this action, the parties stipulated to extend the discovery deadline multiple times, including extensions provided to address Ms. Stewart's significant health problems. See, e.g., ECF Nos. 13, 23.

3. On November 15, 2018, the Court scheduled a settlement conference in this action for February 12, 2019. ECF. No. 24.

4. On January 10, 2019, this Court stayed discovery in this action to let Ms. Stewart address her ongoing health problems. As part of that order, the parties agreed to keep the February 12, 2019 settlement conference on calendar. ECF No. 36.

5. Unfortunately, Ms. Stewart continues to suffer from significant health problems. Accordingly, the parties believe that good cause exists to continue the settlement conference currently scheduled for February 12, 2019 to a date that she will be able to more fully participate in the conference.

6. The parties understand that the Court is available April 24, 2019 for a settlement conference. Unfortunately, counsel for Hartford is not available. The parties are otherwise available on the following dates: April 23, May 1 and 2, 2019. The parties can also provide the courts with additional dates if necessary.

7. Three other continuances have been requested in this case and granted, two related to Ms. Stewart's health issues.

8. No other dates will be affected in this action by the continuance of the settlement conference.

Date: February 5, 2019　　　　　　　　　NOSSAMAN LLP
　　　　　　　　　　　　　　　　　　　　JAMES H. VORHIS

　　　　　　　　　　　　　　　　　　　　By: /s/ James H. Vorhis
　　　　　　　　　　　　　　　　　　　　　　　James H. Vorhis

　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff COLLEEN STEWART

| | | |
|---|---|---|
| 1 | Date: February 5, 2019 | JOHNSTON | SMITH, ALC<br>ANN K. JOHNSTON |
| 2 | | |
| 3 | | By: /s/ Ann K. Johnston |
| 4 | | (as authorized on January 4, 2019)<br>Ann K. Johnston |
| 5 | | Attorneys for Defendant PROPERTY AND |
| 6 | | CASUALTY INSURANCE COMPANY OF<br>HARTFORD |

1 **ORDER**

2     The settlement conference currently scheduled for February 12, 2019 shall be continued

3 until **May 1, 2019, at 9:00 A.M., before Magistrate Judge Newman**.

4     **IT IS SO ORDERED.**

5     Dated: February 6, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE