UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN STEWART,<br><br>        Plaintiff,<br><br>    vs.<br><br>PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD,<br><br>        Defendant. | Case No: 2:17-cv-02418-TLN-KJN<br><br>**ORDER GRANTING MOTION TO CONTINUE DATES AND DEADLINES**<br><br>Date:    May 30, 2019<br>Time:   9:30 a.m.<br>Place:  Courtroom 2, 15th Fl.<br>          501 I Street<br>          Sacramento, CA 95814<br><br>Date Action Filed: October 12, 2017 |

Pursuant to Federal Rule of Civil Procedure 16 and Local Rule 144, and good cause appearing, Plaintiff's Motion to Continue Dates and Deadlines (ECF No. 43) is GRANTED.

The following dates and deadlines shall be continued in this action, as described below.

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Plaintiff's Deposition | April 30, 2019 | To be scheduled by parties |
| Discovery Cut-Off | June 17, 2019 | July 15, 2019 |
| Settlement Conference | May 15, 2019 | To be rescheduled per Order at ECF No. 44. |
| Expert Witness Deadline | July 12, 2019 | August 12, 2019 |
| Supplemental Expert Deadline | August 2, 2019 | September 3, 2019 |
| Dispositive Motion Deadline | September 13, 2019 | October 11, 2019 |

IT IS SO ORDERED.

Dated: May 10, 2019

Troy L. Nunley
United States District Judge