NOSSAMAN LLP
JAMES H. VORHIS (SBN 245034)
jvorhis@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:   415.398.3600
Facsimile:   415.398.2438

Attorneys for Plaintiff COLLEEN STEWART

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| COLLEEN STEWART, | Case No: 2:17-cv-02418-TLN-KJN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE DEPOSITION OF COLLEEN STEWART** |
| vs. | |
| PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD, | Date Action Filed: October 12, 2017 |
| Defendant. | |

1. Pursuant to Eastern District of California L.R. 143, Plaintiff and Defendant hereby stipulate to continue the Deposition of Colleen Stewart currently scheduled for July 18, 2019.

2. At the outset of this case, the Court set a number of discovery and pretrial deadlines. See, ECF No. 7. During the course of this action, the parties stipulated to extend the discovery deadline multiple times, including extensions of Plaintiff's deposition and other discovery provided by Defendant to address Ms. Stewart's health issues. See, e.g., ECF Nos. 9, 13, 23.

3. Ms. Stewart's continued deposition is currently set for July 18, 2019.

4. Ms. Stewart continues to suffer adverse health circumstances and has requested to move her deposition. Accordingly, the parties have agreed that Ms. Stewart's deposition shall proceed on August 22, 2019 in Sacramento. Defendant has informed Plaintiff that this is the last extension it will grant. The parties agree that if Plaintiff fails to attend her deposition as agreed to and ordered on August 22, 2019, Defendant may move the Court for appropriate relief and/or sanctions, and that such motion will not be subject to the current discovery motion cut off.

5. Four other continuances have been requested in this case and granted, three related to Ms. Stewart's health issues.

6. No other dates will be affected in this action by the continuance of Ms. Stewart's deposition.

Date:   July 16, 2019

NOSSAMAN LLP
JAMES H. VORHIS

By: /s/ James H. Vorhis
       James H. Vorhis

Attorneys for Plaintiff COLLEEN STEWART

Date:   July 16, 2019

JOHNSTON | SMITH, ALC
ANN K. JOHNSTON

By: /s/ Ann K. Johnston
       (as authorized on July 16, 2019)
       Ann K. Johnston

Attorneys for Defendant PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD

## ORDER

The Deposition of Colleen Stewart currently scheduled for July 18, 2019 is ordered to take place on August 22, 2019 in Sacramento. If Plaintiff fails to attend her deposition as agreed to and ordered on August 22, 2019, Defendant may move the Court for appropriate relief and/or sanctions, and such motion will not be subject to the current discovery motion cut off.

**IT IS SO ORDERED.**

DATED: July 17, 2019

_____
Troy L. Nunley
United States District Judge