UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN STEWART,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PROPERTY AND CASUALTY INSURANCE CO. OF HARTFORD,<br><br>　　　　　Defendant. | No.  2:17–cv–2418–TLN–KJN PS<br><br>ORDER |

On June 19, 2020, defendant filed a motion for summary judgment. (ECF No. 61.) On September 17, 2020, plaintiff filed her opposition, which included multiple exhibits in support. (ECF No. 69.)  The court granted defendant until October 1 to file its reply, and informed the parties that after this date the motion would be taken under submission.  (ECF No. 70.)  On October 1, defendant replied to plaintiff's opposition, and filed numerous objections to plaintiff's exhibits.  (ECF Nos. 71, 73.)  In fairness, the court GRANTS plaintiff until October 16, 2020, to respond to defendant's objections. (ECF No. 73.)  The court will take the motion for summary judgment under submission after this date.

Dated:  October 5, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

stew.2418

1